IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17cr69 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| TYRELL L. MOSS, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |
| | ) | |

The Court held an arraignment on March 2, 2017. Defendant waived his right to a detention hearing and was ordered detained. In addition, the government orally moved for a no contact order, which the court granted. The court hereby memorializes the order given in open court that the defendant shall not have any contact directly or indirectly with any victims or witnesses who may be involved in this matter.

**IT IS SO ORDERED.**

Dated: March 2, 2017

Thomas M. Parker
United States Magistrate Judge